IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| IN THE MATTER OF THE SEARCH OF: | |
|---|---|
| SAMSUNG SD CARD FOR MICRO SD LOT NUMBER 20170928 | MAGISTRATE NO. 18-1741M [UNDER SEAL] |
| LACIE EXTERNAL HARD DRIVE SERIAL NUMBER NL3155Q | MAGISTRATE NO. 18-1742M [UNDER SEAL] |
| MAC BOOK PRO LAPTOP COMPUTER SERIAL NUMBER C02RTL8TFVH3 | MAGISTRATE NO. 18-1743M [UNDER SEAL] |
| SCAN DISK ULTRA 64GB THUMB DRIVE IDENTIFYING NUMBER BN160625619B | MAGISTRATE NO. 18-1744M [UNDER SEAL] |
| ILOK THUMB DRIVE IDENTIFYING NUMBER 0018BC1F | MAGISTRATE NO. 18-1745M [UNDER SEAL] |
| PINK COLORED APPLE IPHONE S MODEL A1633 FCCID BCG-E2946A IC:579C-E2946A | MAGISTRATE NO. 18-1746M [UNDER SEAL] |
| BLACK S9 SAMSUNG GALAXY IMEI: 353309091921724 FCCID: A3LSMG96OU | MAGISTRATE NO. 18-1747M [UNDER SEAL] |

## MOTION TO UNSEAL SEARCH WARRANTS

AND NOW comes the United States of America, by its attorneys, Scott W. Brady, United States Attorney for the Western District of Pennsylvania, and Jeffrey R. Bengel, Assistant United States Attorney for said district, and sets forth the following:

On December 21, 2018, Search Warrants were issued in the above-captioned cases.

The Search Warrants, Affidavit and Returns were then ordered sealed pending searches of the above-captioned items.

WHEREFORE, this Honorable Court is respectfully requested to unseal the said Search Warrants, Affidavit and Returns, due to the fact that the searches have been executed, and there is no further need for the Search Warrants, Affidavit and Returns to remain sealed.

Respectfully submitted,

SCOTT W. BRADY
United States Attorney

By: *[signature]*
JEFFREY R. BENGEL
Assistant U.S. Attorney
DC ID No. 1018621